IN THE FEDERAL DISTRICT COURT FOF THE

DISTRICT OF NEW JERSEY

| | |
|---|---|
| Steven L. Joffe, M.D. (DR. JOFFE) PRO SE PLAINTIFF<br><br>V<br><br>RECKITT, INC. DEFFENDANT | 1) VIOLATION OF THE FALSE CLAIMS ACT (FCA)<br><br>15 U.S.C §§ 1327-1333<br><br>2) PETITION FOR INJUNCTIVE RELIEF |

RECEIVED

FEB 2 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## INTRODUCTION

Deffendant, Reckitt, INC claims, in, frequently aired televison commercials, that its OTC brain health suppliment Neuriva, when taken as directed, has beneficial effect on cognitive function, including, but not limited to, Memery, Focus, concetration. None of these claims has been scientifically validated.

## PARTIES

StevenL. Joff, M.D. is a retired Emergency Physician who

has resided at all times relevant hereto at

300 W. Seminary Ave, #314 Lutherville, MD 21093

Rickitt, Inc, the maker and distributor of Neuriva has

its U.S. headquarters at 309 Interpace Pkwy Parsippany,

New Jersey 07005.

## Jurisdiction

As this case arises from a violation of a federal statute

and also as the opposing parties are residents of different

States (NJ, MD) thus satisfying the criteria for diversity

jurisdiction, THE FEDERAL COURTS have jurisdiction

over this matter.

## VENUE

The Federal Rules of Civil Procedure (FRCP) dictate

that the venue must be chosen to be the most

convenient, geographically, to the Deffendant, or Deffendants.

Thus, The Federal District Court for the District of

New Jersey is the propper venue

Page 2 of 4

# DAMAGES

Aside from the cash outlay by the consumer there is a much more serious potential Damage. And that is as follows: In the treatment of Dementia it is recognised that there is a spectrum of dysfunction from "mild cognitive impairment" to full blown dementia with its complete inability to function without strict Supervision. At the stage of mild cognitive dysfunction there are very useful interventions in the areas of occupation therapy who can devise useful strategies to improve such as activities of daily living (ADL's) if a person experiences minimal cognitive dysfunction or a family associated with such a person, decides to purchase Neriva in lue of professional intervention that person will forgo an oppertunity for proven prooffesional help and will take Neuriva insted that has no cognitive value whatso-ever.

# Demands

Page 3 of 4

As this case is filed Pro Se, and as the Plaintiff intends to file an application to proceed informa pauperis, Plaintiff requests no compensatory damages.

However, considering the Deffendant's baseless and irresponsible claims that hold the potential for public health hazzard, Plaintiff demands $10,000,000 ($10 million Dollars) in Punitive Damages.

Physicians are embued with the responsibilits of ensuring the health not only of their own patients but are also charged with being stewards of the well being of the community at large, and when such a hazzard is recognized, must alert public health authorities or as an attenative file a civil action as here.

Respectfully Submitted,

Steven L. Joffe, M.D.
300 West Seminary Ave # 317
Lutherville, MD 21093
stevejoffe@comcast.net   (410) 456-4362

Page 4 of 4